## MOTION DOCKET

90–338. State v. Richey. *Putnam County,* No. 12–87–2. UPON CONSIDERATION of the motion filed by counsel for appellant, and agreed to by counsel for appellee, to continue the stay of execution of sentence in the above-styled cause and to extend the time for filing a petition for post-conviction relief,

IT IS ORDERED by the court that the motion be, and the same is hereby, granted, effective April 14, 1994.

IT IS FURTHER ORDERED by the court that the time for filing a petition for post-conviction relief is extended to thirty days after the disposition of the application for reopening filed by appellant in the Third District Court of Appeals on April 5, 1994, and any appeals therefrom.

IT IS FURTHER ORDERED by the court that counsel for appellant notify this court of the final disposition of appellant's application for reopening within three days of the disposition of the application for reopening, including any appeals.

IT IS FURTHER ORDERED by the court that the stay granted by this court to allow appellant an opportunity to file a petition for post-conviction relief shall continue through the period allotted to appellant to file a petition for post-conviction relief. Absent such a filing within said time period, this stay will expire, and no further time will be granted except in unusual circumstances.

IT IS FURTHER ORDERED by the court that if a petition for post-conviction relief has been filed within the time allotted, a date-stamped copy of such petition shall be filed by appellant with the Clerk of this court, and this stay shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.

## MISCELLANEOUS DISMISSALS

93–529. Ricciardi v. Babcock & Wilcox Co. *Summit County,* No. 15728. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of the joint application to dismiss,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective April 14, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

94–144. Cleveland v. Harmon. *Cuyahoga County,* No. 64139. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record and as a claimed appeal as of right from said court. Appellant's motion to exceed page limit on his memorandum in support of jurisdiction was denied by this court on March 2, 1994. It appears from the records of this court that appellant has not filed an amended memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective April 13, 1994.